## Commonwealth *v.* Barnette, Appellant.

Submitted November 9, 1970. *William K. Eckel,* Public Defender, for appellant; *Marvin L. Wilenzik,* Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.